**1278 LAUBACK ET AL.** (Co. Drain Comrs.) vs. TOLAND (Supv.) AND O'MEARA (Twp. Clerk), No. 15030. Certiorari to Kent.

To compel the township clerk to make to the supervisor a certified statement of the amount of the taxes to be assessed, on account of the construction of a drain, and also a statement of the lands assessed for benefits, together with the amount assessed, and to compel the supervisor to present such statements to the board of supervisors at the annual meeting thereof.

The circuit judge granted the writ. Affirmed Nov. 5, 1895, with costs.

**1279 RAMSEY** (School Dist. Assr.) vs. TOWNSHIP CLERK (Everett), 52 M., 344.

To compel respondent, clerk of the township to which relator's district formerly belonged, to certify to the supervisor of the township to which it now belongs, the amount ascertained by the inspectors as due to relator's district from what remained of the old district out of which it was organized.

Granted December 21, 1883.

**1280 MANISTIQUE BANK** vs. CLERK AND TOWNSHIP BOARD (Germfast), No. 12887.

To compel the clerk of the township to prepare and present to the supervisors the proper certificate for raising by taxation the amount of certain highway orders, and to compel the township board to raise the amount of said orders by taxation.

Granted July 28, 1892, in default of answer.

**1281 COURTRIGHT** vs. TOWNSHIP CLERK (Brooks), 54 M., 182.

To require the township clerk to issue the proper certificate for the levy of a tax to satisfy a judgment against the township.

Granted June 18, 1884.